

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1156-20

**VICTOR CISNEROS, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### VICTORIA COUNTY

*Per curiam.*

**O P I N I O N**

Appellant was convicted of two counts of continuous sexual abuse of a young child and three counts of aggravated sexual assault of a child. He was sentenced to ninety-nine years imprisonment on each count. He was also convicted of six counts of indecency with a child and was sentenced to ten years on each of those counts. On appeal, Appellant argued that the three aggravated sexual assault convictions should be vacated on double jeopardy

grounds. The court of appeals agreed and held that relief would be granted and the three aggravated sexual assault convictions would be vacated. Cisneros v. State, ___ S.W.3d ___; No. 13-18-00652-CR (Tex.App.-Corpus Christi, Oct. 15, 2020). Appellant petitioned this Court for discretionary review.

Appellant contends that the court of appeals' opinion is unclear regarding which counts were reversed. The court of appeals' opinion states that the court would vacate the convictions for aggravated sexual assault of a child. The aggravated sexual assault convictions were counts 11, 14, and 24. However, the conclusion of the court of appeals' opinion purports to vacate the convictions in counts 1, 14, and 24. Count 1 is a conviction for continuous sexual abuse.

Therefore, we grant ground one of Appellant's discretionary review, vacate the judgment of the Court of Appeals, and remand for that court to clarify which judgments of conviction are vacated. The remaining grounds in Appellant's petition are refused with prejudice.

Delivered: February 3, 2021
Publish